IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD JOSEPH HILL II,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:24-00306-KD-B |
| ) | |
| **MOBILE CITY COUNCIL, and** ) | |
| **CITY OF MOBILE,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff Reginald Joseph Hill II, who is proceeding *pro se*, filed an amended complaint on August 20, 2024 (doc. 1-1). Defendants Mobile City Council and City of Mobile filed a joint motion to dismiss the amended complaint (doc. 3). This action is now before the Court on the Report and Recommendation of the Magistrate Judge (doc. 4).

After due and proper consideration of the issues raised, and no objections having been filed, the Report and Recommendation (doc. 4) dated September 4, 2024, is **ADOPTED** as the opinion of the Court.

Accordingly, the joint motion to dismiss is denied without prejudice as MOOT, the amended complaint is dismissed without prejudice as a shotgun pleading, and **Hill is GRANTED LEAVE to file a second amended complaint, on or before December 6, 2024,** that cures the pleading deficiencies identified in the Report and Recommendation.

The Clerk is directed to mail a copy of this order to Hill at his address of record.

**DONE** and **ORDERED** this the 7th day of October 2024.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE