# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD JOSPEH HILL, II,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 24-00306-KD-B |
| | ) |
| **MOBILE CITY COUNCIL, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which no objection was made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), (doc. 17), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Motion to Dismiss be **GRANTED**, and that this action be **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this **25th day** of **September 2025.**

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**